UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; BMG PLATINUM SONGS (US); SHWAYZE; SHWAYCO; PWMP ACQUISITION I LLC d/b/a SURETONE PRIMARY WAVE MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>STUDY HALL LLC d/b/a STUDY HALL; and JONATHAN STARKEY a/k/a JON STARKEY, individually,<br><br>Defendants. | CIVIL ACTION NO.: 8:18-cv-3608-DCC |

**BROADCAST MUSIC, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Broadcast Music, Inc. ("BMI"), through undersigned counsel, submits the following Corporate Disclosure Statement:

1

BMI certifies that TEGNA, Inc., which is publicly held, owns indirectly through a wholly-owned subsidiary more than 10% of BMI's stock.  BMI has no publicly held parent companies, affiliates or subsidiaries, and there are no other publicly held companies that own 10% or more of BMI's stock.

Respectfully submitted this 2nd of January, 2019.

/s/ Bernie W. Ellis
Bernie W. Ellis
South Carolina Bar No. 064841
Federal I.D. No. 5650
McNair Law Firm, PA
Post Office Box 447
Greenville, SC  29602
Tel. (864) 271-4940
Email: Bellis@mcnair.net

*Attorney for Plaintiffs*